ANNA HORSTMANN BRAUN, Respondent, v. HENRY MEYER and Another, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

NICOLA CARLUCCI, Respondent, v. SOCIETA S. ANTONIO DI M. S., Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

MARY T. CONNOLLY, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY and BROOKLYN HEIGHTS RAILROAD COMPANY, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

ELIZA F. DURYEA, Respondent, v. JENNIE M. KNAPP, as Administratrix, etc., Appellant, Impleaded, etc. (Actions Nos. 1, 2 & 3.) MABEL D. POLHEMUS, Respondent, v. JENNIE M. KNAPP, as Administratrix, etc., Appellant, Impleaded, etc. (Action No. 4.) — Motion to resettle orders granted. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ. Order to be settled before Mr. Justice Putnam.

ANNA FENN, Respondent, v. MARIE KIRSTEIN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. QUEENS COUNTY TRUST COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

RICHARD FLYNN, an Infant, etc., Appellant, v. YONKERS RAILROAD COMPANY, Respondent, and Another, Defendant.— Motion for reargument granted, and case set down for Wednesday, November 8, 1916. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

HARRIS GOODMAN, Appellant, v. WILLIAM N. WALDEN, Respondent.— Motion denied on condition that appellant perfect his appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

CARMINE GRECO, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Motion denied. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

EMMA A. HOFFMAN, Respondent, v. LOTTIE E. HOFFMAN and Another, Individually and as Executrices, etc., Appellants.— Motions denied, without costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.